**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-mj-8365-RMM**

**UNITED STATES OF AMERICA**

**v.**

**BLAS ANTONIO CASTRO,**

          **Defendant.**          /

```
FILED BY_____SP_____D.C.

May 8, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach
```

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____*Violette Bishai*_____

VIOLETTE BISHAI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    1044298
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:    (561) 820-8777
Email:  violette.bishai@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY_____SP_____D.C.

May 8, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 26-mj-8365-RMM |
| | ) |
| | ) |
| BLAS ANTONIO CASTRO, | ) |
| *Defendant(s)* | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 11, 2026_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____May 8, 2026_____

_____
*Judge's signature*

WILLIAM MATTHEWMAN CHIEF U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: _____West Palm Beach, FL_____

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Blas Antonio CASTRO committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      In October of 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents initiated a straw purchasing of firearms investigation into C.B. and another unidentified Hispanic male. In April of 2026, the Hispanic male was identified as Blas Antonio CASTRO through utilization of facial recognition resources provided by the Palm Beach County Sheriff's Office (PBSO).

4.      On April 11, 2026, ATF Special Agents observed Blas Antonio CASTRO at the West Palm Beach Gun Show located at the South Florida Fairgrounds. When Blas Antonio CASTRO departed the gun show ATF Special Agents as well as members of the

1

PBSO Tac Unit conducted mobile surveillance of Blas Antonio CASTRO back to a residence located at 4369 Canal 8 Rd. Apt E, West Palm Beach, Florida 33406. Members of the PBSO Tac Unit observed Blas Antonio CASTRO access the above listed address with a key that he had in his possession.

5.      A review of the immigration records shows that Blas Antonio CASTRO is a native and citizen of Honduras. Records further show that on or about January 15, 2008, Blas Antonio CASTRO was ordered removed from the United States. The Order of Removal was executed on or about October 20, 2010, whereby Blas Antonio CASTRO was removed from the United States and returned to Honduras.

6.      A record check was performed in the Computer Linked Application Informational Management System to determine if Blas Antonio CASTRO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Blas Antonio CASTRO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7.      Based on the foregoing, I submit that probable cause exists to believe that, on or about April 11, 2026, Blas Antonio CASTRO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

2

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of May 2026.


_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   BLAS ANTONIO CASTRO

**Case No**: _____

Illegal Reentry into the United States after deportation or removal.

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment** $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**